NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: JOHN WILKINSON, WCW, INC.,
*Appellants*

---

2017-2199

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/041,758.

---

## JUDGMENT

---

VICTOR J. BARANOWSKI, III, Schmeiser, Olsen & Watts LLP, Latham, NY, argued for appellants. Also represented by ARLEN L. OLSEN.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, MEREDITH HOPE SCHOENFELD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>May 2, 2018</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |